THOMAS SCALERA v. BARBARA STANLEY.

February 27, 1979. Petition for certification denied.

MICHAEL SCARANO v. JOSEPH PATSKANICK.

February 27, 1979. Petition for certification denied.

STATE OF NEW JERSEY v. CALVIN K. HINES.

February 27, 1979. Petition for certification denied.

JOHN D. GOODWIN v. THIOKOL CHEMICAL.

February 27, 1979. Petition for certification denied.

STATE OF NEW JERSEY v. GARY E. FUNARI.

February 27, 1979. Petition for certification denied.

VALUE OIL COMPANY v. TOWN OF IRVINGTON.

February 27, 1979. Petition for certification denied. (See 164 *N. J. Super.* 419)

STATE OF NEW JERSEY v. ROBERT ASMAR.

February 27, 1979. Petition for certification denied.